**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SAVION TYQUIROUS JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-840-HE** |
| | ) | |
| **COMANCHE COUNTY OKLAHOMA et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# REPORT AND RECOMMENDATION

Plaintiff, a prisoner appearing *pro se,* has filed this action under 42 U.S.C. § 1983 alleging various violations of his constitutional rights. United States District Judge Joe Heaton has referred the matter to the undersigned magistrate judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). (ECF No. 4).

On three occasions, the Court found Plaintiff had neither paid the filing fee in accordance with § 1914 and LCvR3.2 nor submitted a proper and complete motion for leave to proceed *in forma pauperis*. *See* ECF Nos. 6:5, 9 & 12. On each occasion the Court advised the Plaintiff that his failure to comply with this Court's orders may result in the dismissal of this action without prejudice to re-filing. *Id.* Plaintiff's last date to comply was September 14, 2026. *See* ECF No. 12:2. When directed the Clerk of Court forwarded to the Plaintiff the necessary forms to enable Plaintiff to comply. *See id* and Court Only entries dated 06/08/2026, 07/16/2026 & 08/31/2026.

A review of the Court file indicates that as of this date, the Plaintiff has failed to cure the deficiencies, show good cause for his failure to do so, or request an extension

of time to comply with the Court's orders. Further, there is indication from the docket that Plaintiff did not receive the Court's most recent Order which was mailed to Plaintiff's address of record but returned as undeliverable. *See* ECF No. 13. "Papers sent by the court will be deemed delivered if sent to the last known address given to the court." LCvR5.4. Plaintiff has not submitted a notice of change of address. *Id.*

The undersigned finds that Plaintiff's failure to comply with the Court's Order, in light of the Court's right and responsibility to manage its cases, warrants dismissal of this action without prejudice. *See Nasious v. Two Unknown B.I.C.E. Agents at Arapahoe County Justice Center*, 492 F.3d 1158, 1161 n.2, 1162 (10th Cir. 2007) (*sua sponte* dismissal for failure to comply with Court's orders permitted under federal rules, and court need not follow any particular procedures in dismissing actions without prejudice for failure to comply).

## RECOMMENDATION

Based on the foregoing findings, it is recommended that this action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with this Court's orders. Plaintiff is advised of his right to file an objection to this Report and Recommendation with the Clerk of Court by **October 26, 2026** in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72. Plaintiff is further advised that any failure to make timely objection to this Report and Recommendation waives the right to appellate review of the factual and legal issues addressed herein. *Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

This Report and Recommendation terminates the referral to the undersigned magistrate judge in the captioned matter.

**ENTERED** on October 9, 2026.



SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE